FILED
MAY 16 2018
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Robert Z. Whipple, III )
)
v. ) NO. _____
) (To be assigned by the Clerk's Office.
Tenn. Bd. of Parole, et al. ) Do not write in this blank.)

APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL
WITH SUPPORTING DOCUMENTATION

---

I, __Robert Zenas Whipple, III__, declare that I am the:

[ ] plaintiff/petitioner

[ ] defendant/respondent

[X] Other: __Appellant__

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

① Heck does not apply, because the relief sought has only a _potential_ effect on the time Appellant must serve.

② The trial court should have allowed the Appellant to amend his pleading. LaFountain v. Harry, 716 F.3d 944 (6th Cir 2013).

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

**NAME (First Middle Last):** Robert Zenas Whipple, III

**YEAR OF BIRTH:** 1973

**SOCIAL SECURITY NUMBER (last 4 digits only):** 9520

**PHONE NOS.:** N/A

**HOME ADDRESS:** P.O. Box 751

**OWN OR RENT?** Rent paid by a grant

**HOW LONG AT CURRENT ADDRESS?** Just moved in

**MARITAL STATUS:** Single

**NAME AND ADDRESS OF CURRENT EMPLOYER:** N/A

**TELEPHONE NUMBER OF EMPLOYER:**

**HOW LONG AT CURRENT EMPLOYMENT?**

**OCCUPATION (Describe what you do):**

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

**GROSS:** **NET:**

**IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:** June 2011

**HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:** $800

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

| | | |
|---|---|---|
| Business, professional or other form of self-employment? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Rent payments, interest, or dividends? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Pensions, annuities, or life insurance payments? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Gifts or inheritance? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Any other source? | [ ] Yes | [X] No |

If YES, state the source and amount:

## ASSETS:

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH $ 800

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below) $
**(Do NOT include account numbers)**

N/A

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below) $
**(Do NOT include account numbers)**

N/A

STOCKS AND BONDS $

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

_____ $_____
_____ $_____
_____ $_____

**TOTAL REAL ESTATE** $

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

_None - just released_ $ _____
_from prison_ $ _____
_____ $ _____

TOTAL PERSONAL PROPERTY  $ _____

MOTOR VEHICLES

Year/Make      License No.          Current Value
_N/A_                                $ _____
_____             $ _____
_____             $ _____

TOTAL VALUE OF MOTOR VEHICLES  $ _____

DEBTS OWED TO YOU (Give Name of Debtor)
_N/A_                                $ _____
_____             $ _____
_____             $ _____

TOTAL DEBTS OWED TO YOU  $ _____

OTHER ASSETS (ITEMIZE)
_N/A_                                $ _____
_____             $ _____
_____             $ _____

TOTAL OTHER ASSETS  $ _____

TOTAL OFF ALL ASSETS: $ _800_

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

N/A                                     $ _____

_____                         $ _____

_____                         $ _____

| | | |
|---|---|---|
| **TOTAL LOANS PAYABLE TO BANKS** | $ | 0 |
| NOTES (LOANS PAYABLE TO OTHERS) | $ | 0 |
| MORTGAGES PAYABLE ON REAL ESTATE | $ | 0 |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ | 0 |
| MEDICAL BILLS | $ | 0 |
| TAXES AND ASSESSMENTS PAYABLE | $ | 0 |

OTHER LIABILITIES (Itemize)

Restitution                             $ 3,000

_____                         $ _____

_____                         $ _____

**TOTAL LIABILITIES**  $ 3,000

# LIVING EXPENSES

|   | Monthly Payment | Balance Owing |
|---|---|---|
| [X] RENT or [ ] MORTGAGE PAYMENT (check one) | $ 600 | $ |
| ELECTRICITY | $ — | $ |
| WATER | $ — | $ |
| GAS | $ — | $ |
| TELEPHONE | $ 55 | $ |
| FOOD | $ 250 | $ |
| ALIMONY | $ — | $ |
| CHILD SUPPORT | $ — | $ |
| CHILD CARE | $ — | $ |
| SCHOOL EXPENSES | $ — | $ |
| AUTOMOBILE NOTE | $ — | $ |
| AUTOMOBILE INSURANCE | $ — | $ |
| AUTOMOBILE REPAIRS | $ — | $ |
| GASOLINE | $ — | $ |
| FURNITURE NOTE | $ — | $ |
| CLOTHING | $ — | $ |
| CABLE TELEVISION | $ — | $ |
| LIFE INSURANCE | $ — | $ |
| HOSPITALIZATION INSURANCE | $ — | $ |
| DOCTORS | $ — | $ |
| DRUGS | $ — | $ |
| CREDIT CARDS | $ — | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ — | $ |
| TAXES | $ — | $ |
| ANY OTHER EXPENSES (LIST) | | |
| Parole Fees | $ 40 | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |
| **TOTAL EXPENSES** | | $ 945 |

| SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA ||
|---|---|
| NAME (First Middle Last) *N/A* | YEAR OF BIRTH |
| SOCIAL SECURITY NUMBER (last 4 digits only) | PHONE NOS. |

HOME ADDRESS (if different from yours):

OWN OR RENT?  HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

    Salary or Wages    $_____

    Commissions    $_____

    All other sources (Pensions; Soc.Sec.;
    Rent; Interest; Dividends; Alimony, etc.)    $_____

    **TOTAL:**    $_____

## NAME OF DEPENDENTS AND INCOME (If any)
(For Minor Children, only provide first initials)

Names:            Age:            Relationship:            Living With Whom?

N/A

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING CHILD SUPPORT PAYMENTS (exclude spouse)   $ 0

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE, AND DEPENDENTS**   $ 0

# AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

| 5-11-2018 | [signature] |
|---|---|
| DATE | SIGNATURE |

Created: January 31, 2007
IPF Application.wpd

Page 10 of 10

Case 1:17-cv-00148-RLJ-SKL  Document 48  Filed 05/16/18  Page 10 of 13  PageID #: 276

May 11, 2018

Judge Leon Jordan
U.S. District Court
900 Georgia Ave.
Chattanooga, TN  38402



RE:  <u>WHIPPLE V. TENN. BD. OF PAROLE</u>, NO. 1:17-CV-148

Your Honor:

    Enclosed please find my application to proceed IFP and change of address. I was unable to obtain a six month trust fund printout. As before, I asked trust fund officials to provide one, and once again, they have failed to do so. As you will recall you previously had to order prison officials to provide this, and I hope if it is neccessary to process my IFP application, you will order them to provide it again.

    I have yet to actually be released, but wish to go ahead and change my address at this time in anticipation of release. I was granted parole on April 23, 2018, and would have already been released were it not for the unlawful retaliation by defendants for this case and other protected conduct. Defendants have deliberately "lost" paperwork and submitted incorrect address information in order to delay my release. Specific defendants involved include: Darryl Beard, Brett Cobble, Shannon Green, and a defendant I will attempt to join later: Susan Garrett. I am not requesting a TRO at this time, but wanted the Court to be aware in case the retaliation continues.

    Sincerely,

    Robert Z. Whipple, III
    P.O. Box 751
    Smithville, TN  37166

cc:  Warden Settles
    Commissioner Parker
    Sharon Rondeau, Editor, The Post & Email
    David Tulis, Noogaradio FM 92.7 & 95.3
    Grenda Harmer

ROBERT WHIPPLE 399615
BCCX
1045 HORSEHEAD ROAD
PIKEVILLE, TN 37367

THE DEPARTMENT OF COR...
...X HAS NEITHER INSPECTED
...OR CENSORED AND IS NO...
...ONSIBLE FOR THE CONTENTS

**LEGAL MAIL**

U.S. DISTRICT COURT
900 GEORGIA AVE RM 309
JOEL W SOLOMON FED BLDG
CHATTANOOGA, TN 37402





7402322269 0003

**LEGAL MAIL**

Case 1:17-cv-00148-RLJ-SKL   Document 48   Filed 05/16/18   Page 12 of 13   PageID #: 278

