EASTERN DISTRICT OF TENNESSEE
OFFICE OF CLERK
UNITED STATES DISTRICT COURT
900 GEORGIA AVENUE, ROOM 309
CHATTANOOGA, TENNESSEE 37402

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED

MAY 29 2018

Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

CHATTANOOGA TN 374
17 MAY 2018
05/16/2018
US POSTAGE $00.47
ZIP 37402
041L11218266

Robert Z. Whipple, III
PO Box 751
Smithville, TN 37166

NIXIE        372    FE 1          0005/24/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 37402225984    *1859-08569-17-42