Rob Whipple
P. O. Box 721
McMinnville, TN 37111-0721

22 1 SP 0.470   769.1382.25722-P:22 T:1

CLERK, US DISTRICT COURT
900 GEORGIA AVE RM 309
CHATTANOOGA TN 37402-2259





FILED
AUG 13 2018
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

RE: **WHIPPLE V TN BD OF OF PAROLES**, 1:17-cv-00148-RLJ-SKL

Please update my address to:

**PO BOX 721
MCMINNVILLE TN 37111-0721**

**Robert Z Whipple, III**
508 S. Mountain St.
P. O. Box 721
McMinnville, TN 37111-0721
(865) 323-7618
Rob.Whipple.III@gmail.com



